**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00030-CR
NO. 09-14-00036-CR

_____

**BOBBY LEE DUGGER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 13-08-08709 CR (Counts 1 and 3)**

**MEMORANDUM OPINION**

A jury convicted Bobby Lee Dugger of two counts of failing to comply with the sex-offender registration requirements. After a hearing on punishment, during which Dugger pleaded true to two enhancement paragraphs, the trial court sentenced Dugger to life imprisonment on each count and ordered the sentences to run concurrently. Dugger's appellate counsel filed a brief in each appeal that presents counsel's professional evaluation of the record and concludes Dugger's

1

appeals are frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We granted an extension of time for Dugger to file a pro se brief, but we received no response from Dugger.

We have independently examined the appellate records, and we agree with counsel's conclusion that no arguable issues support the appeals. We find it unnecessary to order appointment of new counsel to re-brief the appeals. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgments.[1]

AFFIRMED.

_____
CHARLES KREGER
Justice

Submitted on December 23, 2014
Opinion Delivered January 21, 2015
Do not publish

Before McKeithen, C.J., Kreger and Johnson. JJ.

---

[1] Dugger may challenge our decision by filing a petition for discretionary review. *See* Tex. R. App. P. 68.